THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HOLFELDER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of an attempt to

commit the crime of violating section 188 of the Agriculture and Markets Law (short weight), unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Taylor and Close, JJ.